UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| STEVEN GLENN: JOHNSON<br>and STEVEN GLENN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NORTH CAROLINA; THE<br>UNITED STATES OF AMERICA;<br>THE FEDERAL RESERVE; and All Those<br>Similarly Situated,<br><br>    Defendants. | **JUDGMENT**<br>No. 4:14-CV-50-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 14, 2016, and for the reasons set forth more specifically therein, that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to comply with the court's prior orders directing plaintiff to file proof of service upon defendant State of North Carolina.

**This Judgment Filed and Entered on March 14, 2016, and Copies To:**
Steven Glenn: Johnson/Steven Glenn Johnson (via U.S. Mail)
  208 Nydegg Rd., New Bern, NC 28562
Olga E. Vysotskaya De Brito (via CM/ECF Notice of Electronic Filing)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)


March 14, 2016       JULIE RICHARDS JOHNSTON, CLERK
               /s/ Christa N. Baker
              (By) Christa N. Baker, Deputy Clerk